UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO TORRES,

               Plaintiff,

    v.

NATALIE SABA, et al.,

               Defendants.

Case No. 16-cv-06607-SI

**ORDER FOR FURTHER INFORMATION**

Re: Dkt. Nos. 6, 7, 8

On January 10, 2017, the court issued an order for amendment to complaint that, among other things, required Mario Torres to provide information about the status of several criminal cases against him. The order explained the rule from *Heck v. Humphrey*, 512 U.S. 477 (1994), noted that *Heck* might bar some or all of Torres' claims, and required Torres to provide information about the criminal cases against him. *See* Docket No. 4 at 4-5. Torres thereafter filed an amendment and two addendums to his complaint, but failed to provide the required information about the status of several criminal cases against him. The court will give Torres one more chance to provide the information. Accordingly, no later than **May 31, 2017,** Torres must comply with these directions from the January 10, 2017 order:

> Torres must file an amendment in which he explains the status of the various criminal charges against him. As the court understands his allegations, charges were filed against him for at least these different crimes: domestic violence against his girlfriend, assaulting Rick Hendricks, resisting arrest, and drug offenses. For each one of those incidents (as well as every other event that led to a criminal charge that relates to any claim in this action), Torres must provide the following information: (1) generally describe the incident(s) that led to the charge(s) in that case; (2) list the charges filed (i.e., list the crimes he was accused of committing); (3) list the crimes of which he was convicted; and (4) describe any favorable termination of the charges, such as dismissal, acquittal, or reversal on appeal. For any charges currently pending against Torres that pertain to any of the claims in this action, Torres must provide the following information: (1) generally describe the incident(s) that led to the charge(s) in that case; and (2) list the charges filed

(i.e., list the crimes he was accused of committing). For any plea agreement that he has entered that covers more than one case, he should describe the terms of the plea agreement (e.g., the crimes to which he pled guilty or no contest, the charges that were dismissed, and the sentence that was imposed), and should explain which cases were resolved by the plea agreement. Torres is encouraged to attach a copy of any relevant plea agreement and abstract of judgment.

Docket No. 4 at 5. Failure to provide the information by the deadline may result in the dismissal of part or all of this action.

**IT IS SO ORDERED**.

Dated: May 1, 2017

_____
SUSAN ILLSTON
United States District Judge