UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATALIE SABA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER EXTENDING DEADLINE**<br><br>Re: Dkt. No. 13 |

Plaintiff's request for an extension of the deadline to file his third amended complaint is GRANTED. (Docket No. 13.) Plaintiff must file his third amended complaint no later than **October 6, 2017**.

**IT IS SO ORDERED**.

Dated: August 21, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge