UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br>        Plaintiff,<br>    v.<br>NATALIE SABA, et al.,<br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER**<br>Re: Dkt. Nos. 27, 29 |

The order of service and partial dismissal stated: "No later than February 9, 2018, defendants must file and serve a motion for summary judgment or other dispositive motion. If defendants are of the opinion that this case cannot be resolved by summary judgment, defendants must so inform the court prior to the date the motion is due." Docket No. 21 at 10-11. Defendants did neither. No later than **March 30, 2018**, defendants must file a notice stating whether or not they will be filing a dispositive motion, so that the court can set a briefing schedule for such a motion or set the matter for trial, as appropriate.

In light of the fact that defendants have not yet filed a dispositive motion, plaintiff's request for an extension of the deadline to respond to it is DISMISSED as moot. Docket No. 29.

Plaintiff filed a motion for appointment of counsel -- his fourth such motion. *See* Docket Nos. 2, 10, 16, 27. Plaintiff's fourth motion for appointment of counsel (Docket No. 27) is DENIED for the reasons stated at page 9 of the order of service and partial dismissal. Plaintiff should not file any more such motions unless there is a dramatic change in his circumstances.

**IT IS SO ORDERED**.

Dated: March 14, 2018

_____
SUSAN ILLSTON
United States District Judge