UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO TORRES,

          Plaintiff,

    v.

MIKE HANSEN, et al.,

          Defendants.

Case No. 16-cv-06607-SI

**SCHEDULING ORDER**

Re: Dkt. No. 34

      The order of service and partial dismissal stated: "Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16 is required before the parties may conduct discovery." Docket No. 21 at 12. Defendants now request an order under Rule 30(a)(2) permitting them to take plaintiff's deposition in prison. Docket No. 34. The request is DENIED as unnecessary because the order of service and partial dismissal already gave them permission to take plaintiff's deposition. The parties are reminded that they are expected to closely read the court's orders and to comply with them.

      Defendants indicate they intend to file a motion for summary judgment, and request that a briefing schedule be set to allow the parties time to do discovery. Accordingly, the court now sets the following new briefing schedule for a motion for summary judgment: Defendants must file and serve their motion for summary judgment no later than **August 10, 2018**. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **September 7, 2018**. Defendants must file and serve their reply brief (if any) no later than **September 21, 2018.**

Defendants are reminded that any motion for summary judgment must be accompanied by a *Rand* notice in a separate document at the time they file their motion for summary judgment. *See Woods v. Carey*, 684 F.3d 934, 939 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 960 (9th Cir. 1998).

**IT IS SO ORDERED**.

Dated: April 16, 2018

_____

SUSAN ILLSTON
United States District Judge