# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER DENYING REQUEST FOR STAY**<br><br>Re: Dkt. No. 37 |

Plaintiff has filed a request for a stay of this action until his expected release from prison on May 20, 2018, and because he has been separated from his paperwork. Docket No. 37. The request for a stay is DENIED. Docket No. 37. First, it is far from clear that plaintiff actually will be released on May 20, 2018. The abstracts of judgment and legal status summary he filed earlier indicate he is serving sentences totaling 8 years and 8 months imposed in 2013 for crimes committed in 2012. *See* Docket No. 11-2. The CDCR's inmate locator website indicates he is not eligible for parole until January 2019. Second, this action has been pending for almost a year and a half, with little apparent progress toward resolution. The court does not want to unnecessarily stay this action and further delay its resolution. Defendants' motion for summary judgment is due on August 10, 2018, and plaintiff's opposition is due on September 7, 2018. Plaintiff will have ample time to prepare his opposition, regardless of whether he is in custody at the time. Third, the only activity planned in the near future in this case (of which the court is aware) is defendants' planned deposition of plaintiff. Plaintiff does not need access to his legal files to be deposed. Finally, the court's experience has been that prisoners often are separated from their paperwork when they are transferred from one prison to another, but generally the paperwork and prisoner are

reunited within a few weeks.  Plaintiff has not shown good cause for a stay of this action.

**IT IS SO ORDERED**.

Dated: April 24, 2018

_____
SUSAN ILLSTON
United States District Judge