UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br>　　　　Plaintiff,<br>　　v.<br>MIKE HANSEN, et al.,<br>　　　　Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 46 |

Defendants have requested another extension of the deadline to file a motion for summary judgment, due to difficulties they have had in scheduling plaintiff's deposition in prison. Upon due consideration of the request and the declaration of attorney Amy Rothman in support thereof, the court GRANTS the request. Docket No. 46. The court now sets the following new briefing schedule for a motion for summary judgment: Defendants must file and serve their motion for summary judgment no later than **October 4, 2018**. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **November 2, 2018**. Defendants must file and serve their reply brief (if any) no later than **November 16, 2018.**

**IT IS SO ORDERED**.

Dated: July 27, 2018

_____
SUSAN ILLSTON
United States District Judge