UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER DENYING FIFTH MOTION FOR APPOINTMENT OF COUNSEL AND SETTING BRIEFING SCHEDULE FOR DISCOVERY MOTIONS**<br><br>Re: Dkt. Nos. 49, 50, 51 |

Plaintiff's fifth motion for appointment of counsel is DENIED for the reasons stated at page 9 of the order of service and partial dismissal. Docket No. 49.

Defendants and plaintiff have both filed motions to compel discovery responses. Docket Nos. 50, 51. The court now sets the following briefing schedule on those motions: No later than **October 15, 2018**, plaintiff must file his opposition to defendants' motion, and defendants must file their opposition to plaintiff's motion. No later than **October 26, 2018**, plaintiff must file any reply in support of his motion, and defendants must file any reply in support of their motion. *No extensions of these deadlines should be expected*.

Plaintiff should file a notice in which he informs the court of his expected earliest possible release date from prison.

**IT IS SO ORDERED**.

Dated: September 28, 2018

_____
SUSAN ILLSTON
United States District Judge