UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER**<br>Re: Dkt. No. 60-1 |

Plaintiff's request for an extension of the deadline to file an opposition to a motion for summary judgment that is not due to be filed for at least another month is DENIED as premature. Docket No. 60-1. Plaintiff may request an extension of the deadline to file his opposition if defendants file a motion for summary judgment and if plaintiff finds that he cannot make the opposition deadline despite diligently trying to prepare his opposition after reading that motion.

**IT IS SO ORDERED**.

Dated: November 8, 2018

                                                                                                                                                                          _____
                                                                                                                                                                          SUSAN ILLSTON
                                                                                                                                                                            United States District Judge