# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE HANSEN, et al.,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER**<br>Re: Dkt. Nos. 63, 64 |

Plaintiff's request for an extension of the deadline to file a reply in support of his discovery motion is DENIED as untimely. Docket No. 64. The court has already ruled on the discovery motion; the court's ruling on the discovery motion was made more than three weeks after defendants filed their opposition brief and several days before plaintiff filed his request for an extension of the deadline to file a reply.

Plaintiff's request for a stay and abeyance is DENIED. Docket No. 63. As stated in the order filed November 7, 2018, the court will entertain a *joint request* for a stay, *see* Docket No. 59 at 6, which plaintiff's request is not.

Plaintiff has written to the court several times about difficulties obtaining his legal materials. If plaintiff wants to complain about prison officials' confiscation of his legal materials, he may file a new civil rights action to do so. The defendants in the present action do not have custody of him or determine what materials he may possess in prison.

**IT IS SO ORDERED**.

Dated: November 16, 2018

SUSAN ILLSTON
United States District Judge