# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE HANSEN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06607-SI<br><br>**SCHEDULING ORDER** |

An order filed November 8, 2018, granted defendants' motion to compel the further deposition of plaintiff and "encourage[d] defendants to take reasonable steps to try to schedule the further deposition to occur by the end of 2018." Docket No. 61 at 4. The order also set a briefing schedule for defendants to file a motion for summary judgment within thirty days after the conclusion of the further deposition of plaintiff. *Id.* at 6. Finally, the order noted that the court would entertain a stipulation to stay the action until plaintiff's release from custody. *Id.*

The parties did not file a stipulation to stay the action and plaintiff was released from custody shortly after the order issued, as evidenced by his notice of change of address dated November 18, 2018. Docket No. 66. It is unclear whether and when plaintiff's further deposition was taken, although enough time has passed for the court reasonably to assume it has occurred.

The court will now set a new briefing schedule so that this action will continue to make progress toward resolution: Defendants must file and serve a motion for summary judgment no later than **March 8, 2019**. Defendants are reminded to file a *Rand* notice with their motion for summary judgment. If defendants do not intend to file a motion for summary judgment, they should so inform the court by that deadline. Plaintiff must file and serve his opposition to the motion for summary judgment no later than **twenty-eight days** after the motion is filed. Defendants must file and serve

their reply, if any, within **fourteen days** after the opposition is filed. (The court has set the opposition deadline at twenty-eight days after the motion is filed rather than on a specific calendar date so that the opposition deadline will be earlier if defendants file their motion earlier than March 8, 2019.)

**IT IS SO ORDERED**.

Dated: February 5, 2019

_____
SUSAN ILLSTON
United States District Judge