UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR ONLINE FILING**<br><br>Re: Dkt. No. 83 |

Plaintiff has filed a "request for online filing" in which he asks permission to file his motions online free of cost. Docket No. 83. A litigant has to be able to meet certain technical requirements before he can use the court's e-filing system. Plaintiff does not state that he meets those technical requirements and his request (in which he describe himself as indigent and transient) suggests that he may not have the computer equipment and software necessary to meet those requirements. Plaintiff's request for online filing therefore is DENIED. Docket No. 83. The denial of the request is without prejudice to plaintiff filing a new request if and when he determines that he meets the technical requirements to be an e-filer. Plaintiff is cautioned that, if he becomes an e-filer, *all* his documents must be e-filed and documents will be sent to him *only* electronically; he will not receive both a paper copy and an electronic copy of documents filed by his opponent or court orders.

The technical requirements for e-filing can be viewed on the court's public website (https://cand.uscourts.gov/home). On the public website, plaintiff should click on the "pro se litigants" box on the bar at the top of the page, then click on the "how to register for e-filing with this court" tab on the lower right side of the page, and then read through all the information and be especially certain that he has all the equipment and abilities described in Step 1 of those instructions. Once he has done that, he may apply for permission to e-file using the form that may be downloaded

in Step 2 of those instructions.

Plaintiff is reminded that the deadline for him to file his opposition to defendants' motion for summary judgment is **May 31, 2019.** He should be devoting his litigation energy to meeting that deadline.

**IT IS SO ORDERED**.

Dated: May 9, 2019

SUSAN ILLSTON
United States District Judge