UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>  v.<br><br>MIKE HANSEN, et al.,<br><br>        Defendants. | Case No. 16-cv-06607-SI (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on December 11, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Mario Torres, Pro Se

    (  ) Warden or warden's representative

    (  ) Office of the California Attorney General

    ( X ) Other: Noah Blechman, Amy Rothman and Josh Clendenin

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: December 12, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge