UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER**<br><br>Re: Dkt. No. 124 |

Plaintiff's request for a 90-day extension of the deadline to file his case management statement is DENIED. Docket No. 124. This case is more than three years old and has experienced repeated delays at plaintiff's request. *See* Docket No. 87 (discussing repeated delays). Plaintiff need only consult his memory and the order for a case management statement to prepare his case management statement. If plaintiff's case management statement is not filed and served by **March 2, 2020,** it will be disregarded.

The clerk will mail to plaintiff a copy of the order at Docket No. 122.

**IT IS SO ORDERED**.

Dated: February 14, 2020

_____
SUSAN ILLSTON
United States District Judge