UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, *et al.*,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER RE: PLAINTIFF'S JANUARY 8, 2021 FILING**<br><br>Re: Dkt. No. 149 |

On January 8, 2021, the Court received a *pro se* filing from plaintiff. Due to a clerical error, that filing was not entered in the docket until January 26, 2021. Dkt. No. 149. Mr. Torres' filing requests a continuance of the trial date and states that he has not received case information from his lawyer.

On January 11, 2021, the Court continued the trial date to September 7, 2021. As such, plaintiff's request for a continuance is now moot. The Court held a case management conference on January 15, 2021 with counsel for plaintiffs and defendants. The Court directs plaintiff's counsel to provide an update to Mr. Torres regarding the case status and changes made at the January 15 conference.

**IT IS SO ORDERED**.

Dated: January 27, 2021

SUSAN ILLSTON
United States District Judge