UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 16, 2021 | **Time:** 11:07 – 11:36  29 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 16-cv-06607-SI | **Case Name:** Torres v. Hansen | |

**Attorney for Plaintiff:** Stanley Goff
**Attorney for Defendant:** Noah Blechman, Ashlee Thomas

**Deputy Clerk:** Esther Chung          **Court Reporter:** Ana Dub

## PROCEEDINGS

Status Conference – held via Zoom webinar.

## SUMMARY

Mr. Goff orally requested to be relieved as counsel. The request was denied. Items were discussed outside of counsels' presence. Counsel was notified that the current trial date will not be going forward. A new trial date will be set at the next Case Management Conference.

CASE CONTINUED: November 5, 2021 at 3 p.m. for Further Case Management Conference. Joint Case Management Statement due by October 29, 2021.

ORDER AFTER HEARING: September 28, 2021 Pretrial Conference vacated.