UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>      v.<br><br>MIKE HANSEN, *et al.*,<br><br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE FOR JANUARY 14, 2022 AT 3 PM**<br><br>Re: Dkt. No. 171 |

Defendants have filed an administrative motion seeking an order to show cause. The Court GRANTS the motion as follows: No later than **January 11, 2022,** plaintiff is hereby ordered to produce documents to defendants related to any pending habeas petition that demonstrates any current challenge to the Penal Code § 69 conviction arising out of his 2012 arrest, and file a pleading with such documentation, stating plaintiff's position on whether or not such petition should lead to a continued stay of this matter.[1]

The Court also sets a status conference for **January 14, 2022 at 3 pm.** Counsel shall be prepared to discuss the impact, if any, of any habeas petitions on this case, as well as the upcoming pretrial and trial schedule (and whether the parties will waive a jury trial in the event jury trials are postponed due to the COVID pandemic).

**IT IS SO ORDERED**.

Dated: January 6, 2022

                                          SUSAN ILLSTON<br>
                                          United States District Judge

---

[1] After receipt of defendants' motion, the Court's clerk searched ECF and located several petitions filed by Torres, including 20-cv-03159 PJH and 21-cv-02406 YGR. Counsel are directed to examine those petitions to determine whether those are the petitions to which Torres referred in his deposition.