UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, *et al.*,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER STAYING CASE AND DIRECTING PLAINTIFF'S COUNSEL TO FILE A STATUS STATEMENT APRIL 14, 2022 AND EVERY 90 DAYS THEREAFTER; ADMINISTRATIVELY CLOSING CASE** |

On January 14, 2022, the Court held a status conference. In light of plaintiff's pending habeas petitions challenging the conviction at issue in this case, the Court STAYS this matter until those petitions are resolved. Plaintiff's counsel is directed to actively monitor plaintiff's habeas petitions. Plaintiff's counsel shall also file a statement on **April 14, 2022**, and every 90 days thereafter, apprising the Court and defendants of the status of the petitions. If any of the habeas petitions are resolved prior to the 90 day reporting period, plaintiff's counsel shall immediately notify the Court and opposing counsel.

The Clerk is directed to administratively close this case.

**IT IS SO ORDERED**.

Dated: January 14, 2022

SUSAN ILLSTON
United States District Judge