UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>      Plaintiff,<br><br>      v.<br><br>MIKE HANSEN, *et al.*,<br><br>      Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER DENYING PLAINTIFF'S PRO SE REQUEST TO REOPEN DISCOVERY**<br><br>Re: Dkt. No. 179 |

In an order filed January 14, 2022, the Court stayed this action pending the resolution of habeas petitions challenging the conviction at issue in this case. Dkt. No. 178.

Plaintiff has filed a *pro se* request to reopen discovery. The Court DENIES that request. According to the status statement filed by plaintiff's counsel on May 23, 2022, the habeas petitions have been consolidated and are still pending before Judge Hamilton. Thus, this case remains stayed until those habeas petitions have been resolved. Further, discovery in this case has already closed: fact discovery ended on June 30, 2020, and expert discovery ended on July 31, 2020 (neither side disclosed any experts).

The next status statement by plaintiff's counsel must be filed no later than **August 23, 2022**, or, if the habeas petitions are resolved prior to that date, within five days of the resolution of those petitions.

**IT IS SO ORDERED**.

Dated: May 24, 2022

_____
SUSAN ILLSTON
United States District Judge