UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE HANSEN, *et al.*,<br><br>　　　　Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER REOPENING CASE AND SETTING STATUS CONFERENCE FOR 3PM ON OCTOBER 28, 2022** |

Plaintiff has informed the Court habeas petition Case No. 20-3159 PJH has been resolved.[1] Accordingly, the Clerk shall REOPEN this case. The Court will hold a status conference on October 28, 2022 at 3 p.m. Counsel shall meet and confer and file a joint status statement no later than October 21, 2022. The statement shall (1) confirm that there are no pending state or federal habeas cases that will prevent this matter from proceeding at this time; and (2) propose a schedule for final resolution of this case, including a final pretrial conference and trial. The Court will set a final schedule at the October 28 status conference.

**IT IS SO ORDERED**.

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Although plaintiff's filing does not mention habeas petition Case No. 21-2406 YGR, the Court's review of ECF shows that matter has also been resolved.