UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**PRETRIAL SCHEDULING ORDER** |

On July 7, 2023, the Court held a status conference. The Court denied Mr. Torres' request to reopen discovery and ordered counsel for defendants to give Mr. Torres a copy of the 2018 videotaped deposition of Mr. Torres.

The Court also set the following schedule:

October 10, 2023: the parties' joint pretrial statement is due (see Judge Illston's Civil Pretrial Instructions found at www.cand.uscourts.gov/judges/illston-susan-si/ and attached to this order)

October 24, 2023 at 3:30 p.m.: in person pretrial conference (Mr. Torres and defense counsel shall attend in person; other parties may attend by zoom)

November 6, 2023 at 9:00 a.m.: jury selection and 1 week trial begins, subject to availability of jury panel.

**IT IS SO ORDERED**.

Dated: July 7, 2023

_____
SUSAN ILLSTON
United States District Judge