United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, et al.,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br>Also to be filed in Case No. 23-cv-4276<br><br>**ORDER RELATING CASE**<br><br>Re: Dkt. No. 205 |

The Court finds that *Torres v. McDonnell*, 23-cv-4276 is related to this case. Case No. 23-4276 shall be reassigned to the undersigned judge.

**IT IS SO ORDERED**.

Dated: August 28, 2023

SUSAN ILLSTON
United States District Judge