UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>     v.<br><br>MIKE HANSEN, *et al.*,<br><br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE** |

Jury selection is scheduled for November 8, 2023. Pursuant to the Court's pretrial order, the parties' pretrial filings were due October 10, 2023. Dkt. No. 203. Plaintiff Mario Torres did not file any pretrial documents, and defense counsel has filed a declaration stating that Mr. Torres failed to engage in the required pretrial meet and confer regarding the joint pretrial filings, despite numerous requests from defense counsel to do so. Dkt. No. 208. Defendants request that the Court dismiss this case. *Id.*

Pursuant to Federal Rule of Civil Procedure 41(b), Mr. Torres is hereby **ORDERED TO SHOW CAUSE in writing no later than October 16, 2023, why this case should not be dismissed with prejudice for failure to prosecute**. The failure to respond to this order will result in dismissal with prejudice.

The Clerk shall serve this order on Mr. Torres by e-mail as well as first class mail.

**IT IS SO ORDERED**.

Dated: October 11, 2023

                                                SUSAN ILLSTON
                                                United States District Judge