UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>      Plaintiff,<br><br>      v.<br><br>MIKE HANSEN, *et al.*,<br><br>      Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL AND REOPEN DISCOVERY**<br><br>Re: Dkt. No. 231 |

On October 18, 2023, plaintiff Mario Torres filed a motion to continue the trial, which is set for November 8, and to reopen discovery. The Court DENIES the motion. This case has been pending since 2016, and the Court has already granted several continuance of the trial date to Mr. Torres. The Court will not grant any further continuances. In addition, there is no basis to reopen discovery.

The Court will hold an in-person final pretrial conference on Tuesday, October 24, 2023 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: October 20, 2023

_____
SUSAN ILLSTON
United States District Judge