UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br>        Plaintiff,<br>    v.<br>MIKE HANSEN, et al.,<br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**VERDICT FORM** |

**CLAIM 1 – WARRANTLESS ENTRY OF APARTMENT**

1. As to Claim 1, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen and/or Daniel Smith violated plaintiff's Fourth Amendment rights when the officers entered the apartment on July 4, 2012, without a warrant?

    Officer Hansen        Yes _____        No _____
    Officer Smith         Yes _____        No _____

If your answer to both parts of this question was "no," please skip to Question 4. Otherwise, please answer the next question.

2. As to Claim 1, has plaintiff Mario Torres proven by a preponderance of the evidence that the defendant(s) caused him injury, damage or harm?

    Officer Hansen        Yes _____        No _____
    Officer Smith         Yes _____        No _____

If your answer to both parts of this question was "no," you must award nominal damages of $1, and then skip to Question 4.   Nominal damages:  $_____

If either answer to this question was "yes," please answer the next question.

3. As to Claim 1, state the amount of compensatory damages proved by plaintiff Mario Torres.

    Officer Hansen              $ _____
    Officer Smith               $ _____

Please answer the next question.

**CLAIM 2 – EXCESSIVE FORCE PRIOR TO HANDCUFFING**

4. As to Claim 2, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen and/or Daniel Smith used excessive force against him inside the apartment <u>prior</u> to plaintiff being handcuffed?

   Officer Hansen  Yes _____  No _____

   Officer Smith  Yes _____  No _____

If your answer to both questions was "no," please skip to Question 7.  Otherwise, please answer the next question.

5. As to Claim 2, has plaintiff Mario Torres proven by a preponderance of the evidence that the defendant(s) caused him injury, damage or harm?

   Officer Hansen  Yes _____  No _____

   Officer Smith  Yes _____  No _____

If your answer to both parts of this question was "no," you must award nominal damages of $1, and then skip to Question 7.  Nominal damages:  $_____

If either answer to this question was "yes,"  please answer the next question.

6. As to Claim 2, state the amount of compensatory damages proved by plaintiff Mario Torres.

   Officer Hansen   $ _____

   Officer Smith   $ _____

Please answer the next question.

**CLAIM 3 – EXCESSIVE FORCE AFTER HANDCUFFING**

    7. As to Claim 3, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Michael Hansen used excessive force against him inside the apartment <u>after</u> plaintiff was handcuffed?

        Yes _____              No _____

If your answer was "no," please skip to Question 10. Otherwise, please answer the next question.

8. As to Claim 3, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Michael Hansen caused him injury, damage or harm?

        Yes _____      No _____

If your answer to this question was "no," you must award nominal damages of $1, and then skip to Question 10. Nominal damages: $_____

If your answer to this question was "yes," please answer the next question.

    9. As to Claim 3, state the amount of compensatory damages proved by plaintiff Mario Torres.

        Officer Hansen              $ _____

Please go to the next question.

**PUNITIVE DAMAGES**

If you answered "no" to all of the previous questions, do not consider any of the remaining questions and go to the end of the verdict form. Please have the jury foreperson sign and date the form, and return it to the courtroom deputy. If you answered "yes" to any part of Question 1, 4 or 7, please answer the next question.

**10.** Has plaintiff Mario Torres proven by a preponderance of the evidence that defendants' conduct was malicious, oppressive or committed in reckless disregard of his constitutional rights?

        Officer Hansen       Yes _____       No _____

        Officer Smith        Yes _____       No _____

If you answered "no" to this question, skip Question 11 and go to the end of the verdict form. Please have the jury foreperson sign and date the form, and return it to the courtroom deputy. If you answered "yes" to this question, please answer Question 11.

**11.** State the amount of punitive damages that you award.

        Officer Hansen       $ _____

        Officer Smith        $ _____

Please have the foreperson sign and date the form.

Dated: _____                      _____

                                                                                     Foreperson