UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN and DANIEL SMITH,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**VERDICT FORM** |

**CLAIM 1 – WARRANTLESS ENTRY OF APARTMENT**

1. As to Claim 1, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen and/or Daniel Smith violated plaintiff's Fourth Amendment rights when the officers entered the apartment on July 4, 2012, without a warrant?

    Officer Hansen     Yes _____     No _____

    Officer Smith      Yes _____     No _____

    If your answer to both parts of this question was "no," please skip to Question 5. Otherwise, please answer the next question.

2. As to Claim 1, has plaintiff Mario Torres proven by a preponderance of the evidence that the defendant(s) caused him injury, damage or harm?

    Officer Hansen     Yes _____     No _____

    Officer Smith      Yes _____     No _____

    If your answer to both parts of this question was "no," you must award nominal damages of $1, and then skip to Question 4.  Nominal damages: $_____

    If either answer to this question was "yes," please answer the next question.

3. As to Claim 1, state the amount of compensatory damages proved by plaintiff Mario Torres.

    $ _____

    Please answer the next question.

4. As to Claim 1, has plaintiff Mario Torres proven by a preponderance of the evidence that defendants' conduct was malicious, oppressive or committed in reckless disregard of his constitutional rights?

    Officer Hansen     Yes _____     No _____

    Officer Smith      Yes _____     No _____

    Please answer the next question.

**CLAIM 2 – EXCESSIVE FORCE PRIOR TO HANDCUFFING**

5. As to Claim 2, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen and/or Daniel Smith used excessive force against him inside the apartment <u>prior</u> to plaintiff being handcuffed?

    Officer Hansen        Yes _____        No _____

    Officer Smith         Yes _____        No _____

If your answer to both questions was "no," please skip to Question 9. Otherwise, please answer the next question.

6. As to Claim 2, has plaintiff Mario Torres proven by a preponderance of the evidence that the defendant(s) caused him injury, damage or harm?

    Officer Hansen        Yes _____        No _____

    Officer Smith         Yes _____        No _____

If your answer to both parts of this question was "no," you must award nominal damages of $1, and then skip to Question 8.   Nominal damages: $_____
If either answer to this question was "yes," please answer the next question.

7. As to Claim 2, state the amount of compensatory damages proved by plaintiff Mario Torres.

    $ _____

Please answer the next question.

8. As to Claim 2, has plaintiff Mario Torres proven by a preponderance of the evidence that defendants' conduct was malicious, oppressive or committed in reckless disregard of his constitutional rights?

    Officer Hansen        Yes _____        No _____

    Officer Smith         Yes _____        No _____

 Please answer the next question.

3

**CLAIM 3 – EXCESSIVE FORCE AFTER HANDCUFFING**

9. As to Claim 3, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Michael Hansen used excessive force against him inside the apartment <u>after</u> plaintiff was handcuffed?

        Yes _____        No _____

If your answer was "no," please skip to Question 13. Otherwise, please answer the next question.

10. As to Claim 3, has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Michael Hansen caused him injury, damage or harm?

        Yes _____        No _____

If your answer to this question was "no," you must award nominal damages of $1, and then skip to Question 12. Nominal damages: $_____
If your answer to this question was "yes," please answer the next question.

11. As to Claim 3, state the amount of compensatory damages proved by plaintiff Mario Torres.

        $ _____

Please go to the next question.

11. As to Claim 3, has plaintiff Mario Torres proven by a preponderance of the evidence that defendants Mike Hansen's conduct was malicious, oppressive or committed in reckless disregard of his constitutional rights?

        Yes _____        No _____

4

**PUNITIVE DAMAGES**

12. If you answered "no" to all parts of Questions 4, 8 and 12, do not consider any of the remaining questions and go to the end of the verdict form.  Please have the jury foreperson sign and date the form, and return it to the courtroom deputy.  If you answered "yes" to any part of  Questions 4, 8 or 12,  please answer the next question.

13. State the amount of punitive damages that you award.

          Officer Hansen        $ _____

          Officer Smith         $ _____

Please have the foreperson sign and date the form.

Dated: _____          _____

                                                                     Foreperson