UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, *et al.*,<br><br>    Defendants. | Case No. 16-cv-06607-SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO WAIVE PACER FEES** |

On March 8, 2024, the Court held a status conference to select a new trial date. Plaintiff Mario Torres, who is proceeding *in forma pauperis* and is representing himself, requested that the Court waive the PACER fees as he is unable to pay those fees and he needs access to the docket in order to prepare for the retrial.

Courts may exempt individuals or groups from payment of PACER fees but should not exempt anyone who has the ability to pay such fees. *See* Electronic Public Access Fee Schedule (Dec. 1, 2013), https://www.pacer.gov/documents/epa_feesched.pdf. The Court finds that Mr. Torres does not have the ability to pay PACER fees, and thus GRANTS his request to waive those fees.

**IT IS SO ORDERED**.

Dated: March 8, 2024

_____
SUSAN ILLSTON
United States District Judge