UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE HANSEN,<br><br>        Defendant. | Case No. 16-cv-06607-SI<br><br>**VERDICT FORM** |

**CLAIM – EXCESSIVE FORCE PRIOR TO HANDCUFFING**

1. Has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen used excessive force against him inside the apartment prior to plaintiff being handcuffed?

        Yes _____        No _____

If your answer was "no," please do not answer any other questions and have the foreperson sign and date this form. Otherwise, please answer the next question.

2. Has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen caused him injury, damage or harm?

        Yes _____        No _____

If your answer was "no," you must award nominal damages of $1.00, and then skip to Question 4.  Nominal damages:  $ _____

If your answer to this question was "yes," please answer the next question.

3. State the amount of compensatory damages proved by plaintiff Mario Torres.

    $ _____

Please answer the next question.

4. Has plaintiff Mario Torres proven by a preponderance of the evidence that defendant Mike Hansen's conduct was malicious, oppressive or committed in reckless disregard of his constitutional rights?

        Yes _____        No _____

 Please answer the next question.

5. State the amount of punitive damages that you award.

    $ _____

1    Please have the foreperson sign and date this form.

2

3

4    Dated: _____                    _____
                                                Foreperson's Signature
5

6

7

8                                              _____
                                                Foreperson's Printed Name
9

10