UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE HANSEN, *et al.*,<br><br>        Defendants. | Case No. 16-cv-06607-SI<br><br>**JUDGMENT** |

    A jury trial was held in November 2023, at which the jury reached verdicts in favor of defendants Hansen and Smith on the following of plaintiff Mario's Torres claims: (1) illegal entry without a warrant; (2) excessive force by Smith; (3) excessive force by Hansen after Torres was handcuffed. The jury deadlocked on Torres' claim of excessive force by Hansen before Torres was handcuffed. A second jury trial was held in July 2024 on the sole remaining claim, and the jury reached a verdict in favor of defendant Hansen on Torres' claim of excessive force prior to handcuffing.

    Accordingly, judgment is hereby entered against plaintiff Mario Torres and in favor of defendants Smith and Hansen on the four claims that went to trial. Judgment is also entered against plaintiff and in favor of defendants on all other claims that were dismissed prior to trial.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated: July 11, 2024

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge